**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**ALEXANDRIA DIVISION**

| | |
|---|---|
| **ANAS RABIH MOKHTAR** | **CIVIL ACTION NO. 1:26-2619** |
| | **SECTION P** |
| **VS.** | **JUDGE S. MAURICE HICKS, JR.** |
| **ELEAZAR GARCIA, JR., ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

# ORDER

Before the Court is a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, filed by Petitioner Anas Rabih Mokhtar, an immigration detainee at Winn Correctional Center.

To determine whether Petitioner is entitled to relief, and in accordance with the Rules Governing Section 2254 Cases and Standing Order 1.74, THE CLERK IS DIRECTED to serve a copy of the Petition, [doc. # 1], exhibit, [doc. # 1-1], exhibit, [doc. # 1-2], and a copy of this Order on:

- the United States, the United States Attorney General, and DHS/ICE, through the United States Attorney for the Western District of Louisiana at its designated email address for service; and

- the Warden where Petitioner is detained, by first-class mail.

IT IS ORDERED that a response to the Petition be filed within **28 days** after electronic service of the Petition and this Order.

IT IS FURTHER ORDERED that Petitioner shall have **14 days** to reply.

After the record is complete and delays have run, the Court will determine if an evidentiary hearing is necessary. If not, a Report and Recommendation will be issued without further notice.

In Chambers, Monroe, Louisiana, this 21st day of July, 2026.

Kayla Dye McClusky
Kayla Dye McClusky
United States Magistrate Judge